Cite as 2021 Ark. 100

# SUPREME COURT OF ARKANSAS

| | |
|---|---|
| IN RE ARKANSAS ACCESS TO JUSTICE FOUNDATION, INC. | **Opinion Delivered:** April 29, 2021 |

## PER CURIAM

Stacey Pectol, Esq., of Little Rock, is reappointed to the Board of Directors of Arkansas Access to Justice Foundation, Inc., for a three-year term to commence on April 30, 2021, and expire on April 30, 2024. The court thanks Ms. Pectol for accepting reappointment to the board.